**Orlando Hernandez GARCIA; Estella Lazaro, Petitioners—Appellants,**

v.

**Tom RIDGE, Respondent—Appellee.**

**No. 03–16097.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 9, 2004.

Decided April 30, 2004.

---

Brian D. Lerner, Esq., Law Offices of Brian D. Lerner, Carson, CA, for Petitioners–Appellants.

Edward A. Olsen, Esq., San Francisco, CA, for Respondent–Appellee.

Before: GRABER and W. FLETCHER, Circuit Judges, and WEINER, District Judge.*

MEMORANDUM **

Orlando Hernandez Garcia and Estella Lazaro, husband and wife, and natives and citizens of the Philippines, appeal from the district court's denial of their 28 U.S.C. § 2241(c)(3) habeas corpus petition. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

There was no error in the district court's determination that Garcia and Lazaro failed to follow the requirements of *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988). *See Rojas–Garcia v. Ashcroft*, 339 F.3d 814, 824 (9th Cir.2003) (applying *Lozada* factors to habeas petition). Neither was there substantial compliance with the *Lozada* affidavit, notification, and reporting requirements, such that the purpose of *Lozada* was "fully served by other means." *Rojas–Garcia* at 824–25 (quoting *Castillo– Perez v. INS*, 212 F.3d 518, 526 (9th Cir. 2000)).

AFFIRMED.

---

* Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.